**NOT FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHEVRON U.S.A. INC., a corporation,<br><br>   Defendant-counter-claimant -<br>Appellant,<br><br> v.<br><br>FRYDOUN SHEIKHPOUR, AKA Fred<br>Sheikhpour, an individual,<br><br>   Defendant-cross-defendant,<br><br> and<br><br>A AND S ENGINEERING SERVICES,<br>INC., a California corporation, DBA A &<br>S Engineering, Inc.,<br><br>   Plaintiff-cross-defendant,<br><br> and<br><br>HABIB AMERICAN BANK,<br><br>   Cross-defendant - Appellee.,<br><br>LOS ANGELES COUNTY TAX | No. 11-57201<br><br>D.C. No. 2:11-cv-02776-PSG-AGR<br><br>MEMORANDUM[*] |

<hr>

  [*]  This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

COLLECTOR; et al.,

Cross-defendants.

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS and GOULD, Circuit Judges.

Appellant Chevron U.S.A. Inc., a corporation, appeals the district court's denial of its request for preliminary injunctive relief against appellee Habib American Bank. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**

---

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).